WHITMAN CLARK et al., Respondents, *v.* THE VILLAGE OF DUNKIRK et al., Appellants.

(Argued December 9, 1878 ; decided December 17, 1878.)

*Francis S. Edwards* for appellants.

*Thomas P. Grosvenor* for respondents.

AGREE to affirm without opinion.
All concur, except FOLGER, ANDREWS, and EARL, JJ., not voting.
Judgment affirmed.